**Order entered September 13, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00326-CV
No. 05-18-00829-CV

**IN THE MATTER OF THE RUFF MANAGEMENT TRUST**

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-02825-1**

## ORDER

These two appeals challenge the same trial court judgment. Accordingly, on our motion,

we **CONSOLIDATE** appellate cause number 05-18-00829-CV into appellate cause number 05-

18-00326-CV. For administrative purposes, cause number 05-18-00829-CV is treated as a

closed case. The parties, county clerk, and court reporter shall now use only cause number 05-

18-00326-CV.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE